(March 7, 1952.)

■

LOIS J. ALLEN, as Chairman of the Committee for the Repeal of the Smith Act, an Unincorporated Association, Appellant, v. JAMAICA POLISH NATIONAL HOME, INCORPORATED, Respondent.— No opinion. Nolan, P. J., Adel, Wenzel, MacCrate and Schmidt, JJ., concur.

(March 10, 1952.)

■

BATTIM ASSOCIATES, INC., Appellant, v. TRAVELERS INDEMNITY COMPANY, Respondent.— Present — Nolan, P. J., Carswell, Adel, Wenzel and Schmidt, JJ. [See post, p. 1022.]

■

MICHAEL BLESSINGTON, as Administrator of the Estate of MICHAEL BLESSINGTON, JR., Deceased, Respondent, v. MCCRORY STORES CORPORATION, Appellant, et al., Defendants, and M. A. HENRY CO., INC., Defendant and Third-Party Plaintiff. E. I. DU PONT DE NEMOURS & COMPANY, Third-Party Defendant.— Present — Nolan, P. J., Carswell, Adel, Wenzel and Schmidt, JJ. [See ante, p. 806.]

■

LOUIS COHEN, as Receiver of SANFORD HOTEL CORP., Appellant, v. LEO E. SHERMAN, Defendant, and CHARLES S. MICHEL, Respondent.— Present — Nolan, P. J., Carswell, Adel, Wenzel and Schmidt, JJ. [See ante, p. 871.]

■

JOSEPH DZADIK et al., Appellants, v. SAMUEL ROTH, Respondent.— Present — Nolan, P. J., Carswell, Adel, Wenzel and Schmidt, JJ.

■

In the Matter of WILLIAM A. BLANK, an Attorney.— Present — Nolan, P. J., Carswell, Adel, Wenzel and Schmidt, JJ.

■

In the Matter of BAR ASSOCIATION OF NASSAU COUNTY, N. Y., INC. FRANCIS X. MCGLYNN, an Attorney.— Present — Nolan, P. J., Carswell, Adel, Wenzel and Schmidt, JJ.